■ In the Matter of Moises G. and Another, Children Alleged to be Neglected. Luis G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [24 NYS3d 239]—

Order, Family Court, Bronx County (Joan L. Piccirillo, J.), entered on or about November 21, 2013, which, to the extent appealed from as limited by the briefs, found that respondent father had neglected the subject children, unanimously affirmed, without costs.

Family Court's finding of neglect is supported by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]), including testimony that the father had engaged in a severe act of domestic violence against the mother by stabbing her multiple times in their apartment while the children were in another room (*see Matter of Madison M. [Nathan M.]*, 123 AD3d 616, 616 [1st Dept 2014]; *cf. Matter of Daphne G.*, 308 AD2d 132, 134 [1st Dept 2003] [vacating neglect finding where the child was in a foster home at the time of the alleged domestic violence]). The evidence shows that the elder subject child heard the mother screaming for help, and that the mother was hospitalized for a month as a result of the incident. A single incident of domestic abuse is sufficient to support a finding of neglect where, as here, the father's judgment was strongly impaired and the children were harmed or in imminent danger of becoming harmed (*see Matter of Jared S. [Monet S.]*, 78 AD3d 536, 536 [1st Dept 2010], *lv denied* 16 NY3d 705 [2011]; *see also* Family Ct Act § 1012 [f] [i] [B]).

We perceive no reason to disturb Family Court's evaluation

of the evidence, including its credibility determinations, as its findings are supported by a sound and substantial basis in the record (*see Matter of Troy B. [Troy D.]*, 121 AD3d 570, 571 [1st Dept 2014]; *Matter of Jeromy J. [Latanya J.]*, 122 AD3d 1398, 1398-1399 [4th Dept 2014], *lv denied* 25 NY3d 901 [2015]). Concur—Tom, J.P., Sweeny, Richter and Manzanet-Daniels, JJ.